## DOYLE v. SEAWALL.

The Supreme Court will not entertain jurisdiction in cases where the record fails to show that judgment and costs amount to over two hundred dollars.

APPEAL from the County Court of Napa County.

*Edgerton & Hopkins* for Appellant.

*Howell* for Respondent.

BALDWIN, J., delivered the opinion of the Court—FIELD, J., concurring.

The judgment of the County Court is for $114. There is no showing that the costs swelled this sum to more than $200. This Court, therefore, has no jurisdiction of the case, and the appeal is dismissed.

## NEWBERG v. HENSON.

Where there is no properly authorized statement on appeal; *Held,* That the special verdict of the jury is conclusive of the facts found.

APPEAL from the Eleventh District, County of Placer.

*Smith & Hardy* for Appellant.

*Hale, Hillyer & Myers* for Respondent.

TERRY, C. J., delivered the opinion of the Court—BALDWIN, J., and FIELD, J., concurring.

There is in this case no properly authorized statement on appeal. The special verdict of the jury is therefore conclusive as to the facts, and entirely sustains the judgment of the Court below.

Judgment affirmed.